**Order filed, May 4, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

### NO. 01-22-00180-CV

### RAINER  VON FALKENHORST III, Appellant

### V.

### CHARLES CLINTON HUNTER, Appellee

---

### On Appeal from the 269th District Court
### Harris County, Texas
### Trial Court Case 2021-82491

---

### ORDER

The reporter's record in this case was due April 26, 2022. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Kimberly Kidd, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM